IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DARREN DAVID RIGGS, )
)
    Petitioner, )
)
v. ) CASE NO. CV413-134
)
MARTY ALLEN, Warden, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20), to which objections have been filed (Doc. 23). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED WITHOUT PREJUDICE** for lack of finality. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA